AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

ROSELINE CHOLOPY, Administratrix

V.

CITY OF PROVIDENCE, et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 03-[redacted] 284 L

TO: Michale Sikirica, M.D. or Person with Most Knowlage
Deputy Chief Medical Examiner
Office of Medical Examiners

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Olenn and Penza, 530 Greenwich Avenue, Warwick, R.I. | 9/8/2005 at 10 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Office of the State Medical Examiners Case No. 3177-00 regarding the autopsy of Erc Kromah on July 29, 2000, including any and all toxicology reports, neuropathology reports, notes and correspondence regarding Case No. 3177-00.

| PLACE | DATE AND TIME |
| --- | --- |
| Olenn and Penza, 530 Greenwich Avenue, Warwick, Rhode Island | 9/8/2005 at 10 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Alton W. Wiley Jr. - Attorney for Plaintiff (401) 943-3372 | September 3, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Alton W. Wiley, Jr., 960 Reservoir Avenue, Suite 22, Cranston, Rhode Island 02910
(401) 943-3372

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

30 Pres Panel
State of RI

AO88 (Rev. 1/94) Subpoena in a Civil Case

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9-6-05 | 10 Ohm St Prov |

SERVED ON (PRINT NAME): Person with Most Knowledge State of RI

MANNER OF SERVICE: Receptionist

SERVED BY (PRINT NAME): Richard Bourque

TITLE: Fed Process Server

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9-6 05
DATE

Richard Bourque
SIGNATURE OF SERVER

75 HOLBURN AVENUE
CRANSTON RI 02910
ADDRESS OF SERVER

Brenda Body 9/6/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH<br>Plaintiff | : | CIVIL ACTION NO. 03-184L |
| VS. | : | |
| CITY OF PROVIDENCE, et al<br>Defendants | : | SEPTEMBER 1, 2005 |

**NOTICE OF DEPOSITION**

TO: Michael Sikirica, M.D. or Person with Most Knowlage
Deputy Chief Medical Examiner
Office of Medical Examiners
48 Orms Street
Providence, Rhode Island

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendant will take the testimony by oral deposition of **DR. MICHAEL SIKIRICA**, on Thursday, September 8, 2005, at 10 a.m. at the office of Attorney Joseph Penza before Rhodes Allen Court Reporting some other officer authorized by law to administer oaths. The deposition will continue from day to day until complete. You are invited to attend and cross examine.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, the deponent is hereby commanded to produce for inspection and

photocopy, the Office of State Medical Examiners Case No. 3177-00 regarding the autopsy of Eric Kromah on July 29, 2000, including any and all toxicology reports, neuropathology reports, notes and correspondence regarding Case No. 3177-00.

PLAINTIFF

By Joseph A. Moniz (9.10)
Joseph A. Moniz, Esq. (ct 04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Fax. (860) 278-2212

And

By Alton W. Wiley, Jr.
Alton Wiley, Jr., Esq.
Local Associate Counsel
R.I. Bar #3337
960 Reservoir Avenue, Suite 22
Cranston, RI 02910

**Tel. (401) 943-3372**

**Fax. (401) 943-7144**

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed via first class mail, postage prepaid, to:

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street
Suite 200
Providence, RI 02903

Joseph F. Penza, Jr., Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Alton Wiley, Jr.