**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ROSELINE CHOLOPY, in her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH** | |
| **VS.** | **C.A. NO. 03-284L** |
| **CITY OF PROVIDENCE; POLICE DEPARTMENT OF THE CITY OF PROVIDENCE; URBANO PRIGNANO, JR., Individually and in his Official Capacity as Chief of Police of the City of Providence; SERGEANT LOPARDO, Individually; and JOHN and JANE DOES 1-10, Supervisors, and/or Employees of the City** | |

**DEFENDANTS, PRIGNANO'S AND CITY OF PROVIDENCE'S, STATEMENT OF UNDISPUTED FACTS**

Now come the Defendants Prignano and City of Providence in the above-entitled matter pursuant to Local Rule 12.1 and present the following undisputed facts:

1. There is no individual defendant in the case who was involved in the incident.
2. The only individual defendants in the case are Sergeant Lopardo, a supervisor, and Urbano Prignano, Jr., the Chief of Police, at the time of the incident.
3. There has been no discovery conducted on training.
4. There has been no discovery conducted on hiring.
5. There has been no discovery taken of Defendant Prignano.
6. There is no evidence in the record of the hiring practices of the Providence Police Department.
7. There is no evidence in the record of training of Providence Police officers.
8. There is no evidence in the record of similar incidents.

DEFENDANTS,
URBANO PRIGNANO and
CITY OF PROVIDENCE

By their Attorneys,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 29th day of September, 2005, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following:

Roseline Cholopy
126 Academy Avenue
Providence, RI 02908

Joseph A. Moniz, Esquire
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

Joseph F. Penza, Jr.Esquire
Olenn & Penza
530 Greenwich Avenue
Warwick, Rhode Island 02886

Carolyn M. Ranucci