JFP:pac 95326 \pleading\95326MStrike.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | ) | |
| VS. | ) | C.A. NO. 03-284L |
| CITY OF PROVIDENCE, ET AL | ) | |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTION TO THEIR MOTIONS FOR SUMMARY JUDGMENT**

Now come the defendants in the above-entitled matter and move to strike the plaintiff's purported objection to their motions for summary judgment.

In support of said motion to strike, the defendants have attached a memorandum of law.

DEFENDANT, Kenneth Lopardo
By their Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANTS, City of Providence and
Urbano Prignano
By their Attorney,

Kevin F. McHugh, Esq. #3927
City Solicitor's Office
100 Fountain Street
Providence, RI 02903-1845
PHONE: (401) 421-7740 EXT. 133

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/31/05 to:

Joseph Moniz, Esq.
Moniz & Associates
100 Allyn Street
Hartford, CT 06103

Alton Wiley, Jr., Esq.
Local Associate Counsel
960 Reservoir Avenue, Suite 22
Cranston, RI 02910

Patricia A. Cerca

JFP:pac 95326 \pleading\95326MemoMStrike.wpd

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH )

VS. ) C.A. NO. 03-284L

CITY OF PROVIDENCE, ET AL )

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTION TO THEIR MOTIONS FOR SUMMARY JUDGMENT**

The defendant Lopardo filed his motion for summary judgment on September 28, 2005. The City of Providence and former Chief Prignano filed their motion for summary judgment on September 29, 2005.

On October 26, 2005, plaintiff filed one single document (evidently directed to all pending motions for summary judgment against her) entitled, "Objection to Defendant's *[sic]* Motion for Summary Judgment".[1]

Defendants now seek to have the plaintiff's objection stricken for the following reasons:

- The objection was not filed in a timely fashion. Even allowing two days for mailing, plaintiff's objection was due on October 10 or 11, 2005. In fact, it was not faxed to counsel until October 26, 2005.

- The objection fails to include a separate memorandum of law as is required by Local Rule 12.

[1] Even though the heading is in the singular, the body of the objection refers to the "defendants".

- Inasmuch as this was an objection to a motion for summary judgment, plaintiff failed to comply with the provisions of Local Rule 12.1(a)(2) which requires the plaintiff to file a concise statement of all material facts to which she contends there is a genuine issue necessary to be litigated.

For all of these reasons, defendants pray that their motion to strike be granted and that as a result thereof, that their motions for summary judgment be granted.

Respectfully submitted,
DEFENDANT, Kenneth Lopardo
By their Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANTS, City of Providence and
Urbano Prignano
By their Attorney,

Kevin F. McHugh, Esq. #3927
City Solicitor's Office
100 Fountain Street
Providence, RI 02903-1845
PHONE: (401) 421-7740 EXT. 133

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/31/05 to:

Joseph Moniz, Esq.
Moniz & Associates
100 Allyn Street
Hartford, CT 06103

Alton Wiley, Jr., Esq.
Local Associate Counsel
960 Reservoir Avenue, Suite 22
Cranston, RI 02910

Patricia A. Cienca
_______________________