UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | : | |
| Plaintiff | : | CIVIL ACTION NO. 03-284L |
| VS. | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| Defendants | : | October 31, 2005 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiff respectfully moves the Court for an extension of time within which to file her Pretrial Memorandum until the issues raised in the Defendants' Motions for Summary Judgment and the Plaintiff's Motion for Reconsideration are decided. In support of this request, the Plaintiff represents that this case cannot go to trial until these issues are resolved, and that, depending upon how these issues are resolved, the substance of the Pretrial Memorandum would change.

WHEREFORE, the Plaintiff respectfully requests an extension of time to file her Pretrial Memorandum.

PLAINTIFF,

By ____________________
Joseph A. Moniz
Moniz & Associates
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
Fax. (860) 278-2212

And

By ____________________
Alton Wiley, Jr. Esq.
Local Counsel
R.I. Bar #3337
960 Cranston Ave., Suite 22
Tel. (401) 943-3372
Fax. (401) 943-7144

**CERTIFI CATION**

THIS IS TO CERTIFY that a copy of the foregoing was faxed to all Counsel of record.

____________________
Alton Wiley, Jr.