JFP:jlb 95326 \pleading\95326object

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | ) | |
| VS. | ) | C.A. NO. 03-284L |
| CITY OF PROVIDENCE, ET AL | ) | |

**DEFENDANTS' OBJECTION TO ALTON WILEY, JR.'S MOTION TO WITHDRAW**

Now come the defendants in the above-entitled matter and object to Alton W. Wiley, Jr.'s motion to withdraw as local associate counsel for the plaintiff in the above-entitled matter.

In support of said motion defendants have attached a memorandum of law.

DEFENDANTS,
By Their Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANT, City of Providence and Urbano Prignano
By Their Attorney,

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845
PHONE: (401) 421-7740 EXT. 333

**CERTIFICATION**

I certify that I sent a true copy of the within on 11/2/05 to:

Alton Wiley, Jr., Esq.
Local Associate Counsel
960 Reservoir Avenue, Suite 22
Cranston, RI 02910

Joseph Moniz, Esq.
Moniz & Associates
100 Allyn Street
Hartford, CT 06103

Jessica Beaudry

JFP:jlb 95326 \pleading\95326memoobject

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | ) | |
| VS. | ) | C.A. NO. 03-284L |
| CITY OF PROVIDENCE, ET AL | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANTS' OBJECTION TO ALTON WILEY, JR.'S MOTION TO WITHDRAW**

Defendants file this objection to Attorney Wiley's motion to withdraw as local associate counsel. Counsel is concerned that if the court should grant the motion to withdraw then these proceedings will come to a standstill.

Plaintiff, by her own admission, during the course of the initial stages of this litigation (where she represented herself *pro se*) had a difficult task in retaining the services of any attorney in this state. It is not unreasonable to conclude—especially in light of Attorney Wiley's rational for seeking to withdraw from this case—that the plaintiff will have an even more difficult time engaging counsel on the local level.

While defense counsel can appreciate Attorney Wiley's frustration in dealing with out of state counsel, defendants must protect their clients' interest. It is unfair to the defendants to have this matter drag on any longer than is necessary. Therefore, defendants would object to Attorney Wiley's motion to withdraw unless there is a concomitant entry of appearance filed by local counsel.

In the alternative, defense counsel would have no objection to allowing Attorney Wiley to withdraw as long as the court will allow out of state counsel to proceed without local counsel.[1]

---

[1] Defense counsel is not sure if this is permissible under the Local Rules, but to the extent that the court has such discretion, defense counsel would not be adverse to such a ruling in an effort to keep this case moving along.

DEFENDANT, Kenneth Lopardo
By His Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANT, City of Providence and Urbano Prignano
By Their Attorney,

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845
PHONE: (401) 421-7740 EXT. 333

**CERTIFICATION**

I certify that I sent a true copy of the within on 11/2/05 to:

Joseph Moniz, Esq.
Moniz & Associates
100 Allyn Street
Hartford, CT 06103

Alton Wiley, Jr., Esq.
Local Associate Counsel
960 Reservoir Avenue, Suite 22
Cranston, RI 02910