**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC KROMAH** | : | |
| **VS.** | : | **Civil Action No. 03-284L** |
| **CITY OF PRVIDENCE, ET AL** | : | |

**MOTION TO WITHDRAW OR AMEND PLEADINGS**

Now comes Alton W. Wiley, Jr., local associate counsel for the plaintiff, Roseline Cholopy, in the above-entitled matter and hereby moves this Honorable Court for permission to withdraw or amend certain pleadings that were filed on behalf of the plaintiff on or about October 26, 2005.

In support of this Motion, local associate counsel is seeking to withdraw or amend an Objection to Defendant's Motion for Summary Judgment and a Motion for Reconsideration that was filed on behalf of the plaintiff on or about October 26, 2005. Counsel for the defendants have put of plaintiff's attorneys on notice of an intent to pursue sanctions with respect to these filings.

Counsel is requesting an extension of time to file a memorandum of law in support of this motion. Counsel requests the extension of time because counsel will be on vacation until October 15, 2005, and respectfully requests an extension of time of one (1) week after October 15, 2005 to submit a supporting memorandum.

WHEREFORE, counsel respectfully prays that this motion be granted.

Respectfully submitted,

ALTON W. WILEY, JR. (#3337)
960 Reservoir Ave., Suite 22
Cranston, Rhode Island 02910
Telephone: (401) 943-3372

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion by regular, postage pre-paid mail, on this 8th, of November, 2005, to the following:

Joseph Moniz, Esquire
100 Allyn Street
Hartford, Connecticut 06103

Joseph Penza, Esquire
530 Greenwich Avenue
Warwick, Rhode Island 02886

Kevin McHugh, Esquire
275 Westminster Street
Suite 200
Providence, Rhode Island 02903