UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Joseph A. Moniz, Esq.

RE: CA 03-284L

Roseline Cholopy V. City of Providence, Et Al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 11 / 10 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

xx 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11) by local counsel

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

xx 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

XX 8. Document violates Amended General Order 2002-01. Exhibits exceed five page limit.

_____ 9. Other:_____

ENTER:

David L. Martin
United States Magistrate Judge

Date: 11-10-05

cc: Counsel of Record

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | : | CIVIL ACTION NO. 03-284L |
| Plaintiff | : | |
| VS. | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| Defendants | : | NOVEMBER 8, 2005 |

**REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

## I. INTRODUCTION

The Defendants have objected to the Plaintiff's Motion for Reconsideration of this Court's ruling on the Defendants' Motion to Dismiss to Dismiss the Amended Complaint, which had the effect of dismissing the Amended Complaint as to the "newly" added defendants. By the Amended Complaint, the then *pro se* plaintiff added the names of the individual officers involved in the arrest and subsequent death of her husband, Eric Kromah, which names she had received within days of the filing of the Amended Complaint. The Plaintiff had not received the names of the officers involved in the arrest until the defendants disclosed these names through propounded discovery in the suit which she

SCANNED