UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Joseph A. Moniz, Esquire

RE: CA 03-284L

Cholopy v. City of Providence, et al.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 11 / 14 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

x 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

x 9. Other: Document is a photocopy and not an original. Also, document is not signed by local counsel.

ENTER:

[signature]

United States Magistrate Judge

Date: 11/15/05

cc: Counsel of Record

RECEIVED
NOV 14 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual | : | |
| Capacity and as Administratrix of the Estate | : | |
| of ERIC A. KROMAH | : | CIVIL ACTION NO. 03-284L |
| Plaintiff | : | |
| VS. | : | |
| | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| | : | |
| Defendants | : | NOVEMBER 14, 2005 |

**REQUEST TO ATTACH FILING TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

The Plaintiff respectfully requests that the attached Affidavit of Emmet Sheehan be added to the Plaintiff's Motion for Reconsideration dated November 8, 2005, for the reason that in her memorandum the Plaintiff refers to efforts by investigator Sheehan to obtain police reports from the Providence Police Department, and this affidavit is his sworn statement regarding the same. The Plaintiff through counsel also represents that she was not able to get a signed copy of the affidavit before the filing of the memorandum.

For the foregoing reasons, the Plaintiff requests that the affidavit of Emmet Sheehan be added to her Motion for Reconsideration.