**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 OCT 7 P 2 30
FILED

| | | |
|---|---|---|
| **ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC KROMAH** | : | |
| **VS.** | : | **Civil Action No. 03-284L** |
| **CITY OF PRVIDENCE, ET AL** | : | |

**MOTION TO WITHDRAW**

Now comes Alton W. Wiley, Jr., local associate counsel for the Plaintiff, Roseline Cholopy, in the above-entitled matter and hereby moves this Honorable Court for permission to withdraw his Entry of Appearance as counsel.

In support of this Motion, your movant avers that his continued representation of the Plaintiff is impossible due to the fact that lead counsel, Joseph Moniz, has persisted in a course of conduct which has resulted in the irremediable breakdown of the relationship between attorneys.

Counsel has attached a Memorandum of Law in support of this motion, and an Affidavit of Non-Military Service.

WHEREFORE, counsel respectfully prays for permission to withdraw his appearance forthwith.

Withdrawn in open Court:
Ronald R. Lagueux
Sr. USDJ 11/17/05

Respectfully submitted,

Alton W. Wiley

ALTON W. WILEY, JR. (#3337)
960 Reservoir Ave., Suite 22
Cranston, Rhode Island 02910
Telephone: (401) 943-3372