UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | : | CIVIL ACTION NO. 03-284L |
| Plaintiff | : | |
| VS. | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| Defendants | : | NOVEMBER 14, 2005 |

**REQUEST TO ATTACH FILING TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

The Plaintiff respectfully requests that the attached Affidavit of Emmet Sheehan be added to the Plaintiff's Motion for Reconsideration dated November 8, 2005, for the reason that in her memorandum the Plaintiff refers to efforts by investigator Sheehan to obtain police reports from the Providence Police Department, and this affidavit is his sworn statement regarding the same. The Plaintiff through counsel also represents that she was not able to get a signed copy of the affidavit before the filing of the memorandum.

For the foregoing reasons, the Plaintiff requests that the affidavit of Emmet Sheehan be added to her Motion for Reconsideration.

JOSEPH A. MONIZ • ATTORNEYS AT LAW
100 ALLYN STREET • HARTFORD, CT 06103 • (860) 278-0200 • FAX (860) 278-2212 • JURIS NO. 418370

PLAINTIFF

By [signature]
Joseph A. Moniz
Moniz & Associates
100 Allyn Street
Hartford, CT 06103

And

By [signature]
Alton Wiley, Jr., Esq.
Local Associate Counsel
R.I. Bar #3337
960 Reservoir Avenue, Suite 22
Cranston, R.I. 02910
Her Attorneys

**CERTIFICATION**

I HEREBY CERTIFY that the foregoing was ~~sent via facsimile~~ mailed on this 17th day of November, 2005 to counsel of record listed below.

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street
Suite 200
Providence, RI 02903

Joseph F. Penza, Jr., Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

[signature]
Alton Wiley, Jr., Esq

**AFFIDAVIT**

I, Emmet Sheehan, being duly sworn, depose and say that:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. That I operate a private investigation company known as Empirical Investigations Incorporated, which is located in Cambridge, Massachusetts, and have been in the business of investigation since 1978 and began my own private investigation agency in 1988.

3. That I have investigated over 90 cases involving homicides and/or other causes of death in criminal cases over the past 27 years, and I am familiar with the kind of information that would be contained in police reports where a suspect to a crime dies while in police custody.

4. That I was retained by Attorney Joseph A. Moniz on behalf of the family of Eric Kromah shortly after his death on July 28, 2000.

5. That as a part of my investigation into the death of Mr. Kromah while in custody of the Providence Police Department, I went to the Providence Police Department in order to get copies of all the available information regarding his arrest and subsequent death, including all police reports, witness statements and records.

6. That I was given a two page Uniform Police Report, which contained some data regarding Mr. Kromah, an unusually brief narrative of the incident by a Sgt. Lopardo, and a second page which was blank except for the title on top and information regarding Sgt. Lopardo on the bottom.

7. That based upon my experience and training, I found it hard to believe that this would b the only information available in a case where the suspect died while in police custody, and I insisted that there had to be more information, including reports or statements of all the officers involved, but was told in no uncertain terms that there were no such reports or statements, and that I was given all the information the department had regarding this incident.

8. That on September 27, 2000, I faxed a copy of the Uniform Report to Attorney Moniz, and recounted to him my experience in attempting to get all the information available from the Providence Police Department, and we were both

incredulous that this was the only record the Department had regarding this incident in which a person died while in police custody.

Emmet F X Sheehan

Emmet Sheehan

Subscribed to and sworn before me this 10 day of November, 2005.

Notary Public
My Commission Expires:

CHARLES SANDS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 10, 2012