**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC KROMAH** | : | |
| **VS.** | : | **Civil Action No. 03-284L** |
| **CITY OF PRVIDENCE, ET AL** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW OR AMEND PLEADING**

**INTRODUCTION:**

This matter involves a wrongful death action brought by the plaintiff, Roseline Cholopy, against defendants City of Providence, Urbano Prignano (Chief of Police at the time of the incident), Sergeant Kenneth Lopardo and other individual police officers named as John and Jane Doe. The plaintiff brought this action after an incident involving the arrest of her husband, Eric Kromah, on July 28, 2000, which resulted in the death of her husband.

**DISCUSSION:**

This counsel filed a Motion to Withdraw or Amend certain pleadings that were filed on or about October 26, 2005 on behalf of the plaintiff. The pleadings alleged fraudulent concealment of documents by the defendants in a Motion for Reconsideration and an Objection to a Motion for Summary Judgment.

At a hearing on November 17, 2005, this Honorable Court indicated that an evidentiary hearing will be held on the issue of fraudulent concealment.

Based on the upcoming evidentiary hearing, local associate counsel will respectfully withdraw the aforementioned Motion to Withdraw or Amend which was filed on November 8, 2005.

Based on the foregoing, local associate counsel prays that his Motion to Withdraw or Amend be withdrawn.

Respectfully submitted,

ALTON W. WILEY, JR. (#3337)
960 Reservoir Ave., Suite 22
Cranston, Rhode Island 02910
Telephone: (401) 943-3372

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true and accurate copy of the within Motion by regular, postage pre-paid mail, on this 22nd day of November, 2005, to the following:

Joseph Moniz, Esquire
100 Allyn Street
Hartford, Connecticut 06103

Joseph Penza, Esquire
530 Greenwich Avenue
Warwick, Rhode Island 02886

Kevin McHugh, Esquire
275 Westminster Street
Suite 200
Providence, Rhode Island 02903