FILED
NOV - 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH | : | CIVIL ACTION NO. 03-284L |
| Plaintiff | : | |
| VS. | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| Defendants | : | October 31, 2005 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiff respectfully moves the Court for an extension of time within which to file her Pretrial Memorandum until the issues raised in the Defendants' Motions for Summary Judgment and the Plaintiff's Motion for Reconsideration are decided. In support of this request, the Plaintiff represents that this case cannot go to trial until these issues are resolved, and that, depending upon how these issues are resolved, the substance of the Pretrial Memorandum would change.

WHEREFORE, the Plaintiff respectfully requests an extension of time to file her Pretrial Memorandum.

Granted: Ronald R. Lagueux
Sr. USDJ 11/29/05