UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH
Plaintiff

VS.

CITY OF PROVIDENCE, ET AL
Defendants

CIVIL ACTION NO. 03-284L

October 26, 2005

**MOTION FOR RECONSIDERATION**

The Plaintiff hereby respectfully submits this Motion for Reconsideration and requests this Court to reconsider its Ruling granting the Defendant's Motion to Dismiss the Amended Complaint as to the newly added officers based upon a running of the statute of limitations. The Court based that ruling upon the Plaintiff's failure to name the added individual officers in a timely fashion. The Plaintiff learned in a recently taken deposition of one of the added officers who was dismissed as a defendant that a part of the Providence Police Department's report of this incident included signed statements by the individual officers involved, including the additionally named Defendants who were the subject of the Defendants' Motion to Dismiss. The Defendants fraudulently concealed these portions of the Police Report from the Plaintiff, thus preventing her from being able to name the individual officers in a timely fashion. Because

Denied for the reasons set forth from the bench after an evidentiary hearing.
Ronald R. Lagueux SJ USDJ
12/13/05

76