UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROSELINE CHOLOPY, In Her Individual Capacity and as Adminstratrix of the Estate of ERIC A. KROMAH, | ) | |
| v. | ) | C.A. NO. 03-284L |
| CITY OF PROVIDENCE, URBANO PRIGANO, JR., Indivuallly and in his Official Capacity as Chief of Police of the City of Providence, SERGEANT LOPARDO, PATROLMAN MICHAEL IMONDI, PATROLMAN EDWIN KEMBLE, JR., PATROLMAN JIN S.O. AND PATROLMAN VINCENT PAZZETTA | ) | |

O R D E R

The Court having held a hearing on various motions, on January 17, 2006, and having made decisions from the bench, now issues these written orders to memorialize the action taken.

(1) The motions of the defendants City of Providence, Prigano, and Lopardo, for summary judgment on all counts of the plaintiff's Amended Complaint, hereby are granted.

(2) The Court having previously granted the motions to dismiss of defendants DeCristofano, Imondi, Kemble, O, and Pazzetta on statute of limitations grounds, this case is now in order for the entry of final judgment. Therefore, the Clerk shall enter judgment for all defendants on all counts of the plaintiff's Amended Complaint.

(3) The motion of the defendants City of Providence, Prigano, and Lopardo to strike the plaintiff's response to said defendants' motions for summary judgment hereby is denied as moot.

(4) Defendant Lopardo's motion for the imposition of Rule 11 sanctions against plaintiff's counsel hereby is denied.

ENTER:

Ronald R. Lagueux
Senior Judge
January 18, 2006

BY ORDER:

Deputy Clerk