UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Roseline Cholopy, in her individual capacity and as Administratrix of the Estate of Eric A. Kromah :
:
:
v. C.A. No. 03-284L
:
City of Providence, Urbano Prigano, Jr. : Individually and in his official : capacity as Chief of Police of the City : of Providence, Sergeant Lopardo, : Patrolman Michael Imondi, Patrolman : Edwin Kemble, Jr. Patrolman Jin S.O. : And Patrolman Vicent Pazzetta; Patrolman DeCristofano :
:

AMENDED JUDGMENT

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants, City of Providence, Urbano Prigano, Jr. Individually and in his official capacity as Chief of Police of the City of Providence, Sergeant Lopardo, Patrolman Michael Imondi, Patrolman Edwin Kemble, Jr. Patrolman Jin S.O, Patrolman Vincent Pazzetta and Patrolman DeCristofano against the plaintiff Roseline Cholopy, in accordance with the Court's Order dated 1/18/06 granting the defendants' motions for summary judgment.

Barb Guilfillan
Deputy Clerk
January 20, 2006