UNITED STATES DISTRIC . JRT
DISTRICT OF RHODE ISLA.

ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH
Plaintiff

VS.

CITY OF PROVIDENCE; POLICE DEPARTMENT OF THE CITY OF PROVIDENCE; URBANO PRIGNANO, JR., Individually and in His Official Capacity as Chief of Police of the City of Providence; SERGEANT LOPARDO Individually; and JOHN AND JANE DOES 1-10, Supervisors and/or Employees of the City

Defendants

CIVIL ACTION NO. 03-284L

Dated: 2-6-06

# Plaintiff's Motion To File An Appeal

Now Comes the plaintiff, Roseline Cholopy hereby moves to file an appeal in the following:

A) Order 11-22-04 - motion To Dismiss - granted
B) order 5/25/05 - order granting motion to Dismiss or Judgment on the Pleadings
C) Order 11/25/05 - motion to Amend
D) order 12/8/05 - Reconsideration (motion)
E) Order 12/13/05 - After Evidentiary Hearing
F) Order 1/17/06 - granting Summary Judgment (Defs)
G) Order 1/19/06 - granting Summary Judgment for all Defendants
h) Order 1/20/06 - Amended Judgment For all Defendants

wherefore, Plaintiff wish this Court Reverse these Orders and Send this Case to the Jury for Justice.

PLAINTIFF

By Roseline N. Cholopy RC
Roseline Cholopy, Pro Se
126 Academy Avenue
Providence, RI 02908
(401) 270-4479

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to: on February 6, 2006

Joseph F. Penza, Jr., Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Mr. Kelvin McHugh

Roseline N. Cholopy
Roseline N. Cholopy RC
Roseline Cholopy