UNITED STATES DISTRIC[illegible]JRT
DISTRICT OF RHODE ISLA[illegible]

ROSELINE CHOLOPY, In Her Individual Capacity and as Administratrix of the Estate of ERIC A. KROMAH
Plaintiff

VS.

CITY OF PROVIDENCE; POLICE DEPARTMENT OF THE CITY OF PROVIDENCE; URBANO PRIGNANO, JR., Individually and in His Official Capacity as Chief of Police of the City of Providence; SERGEANT LOPARDO Individually; and JOHN AND JANE DOES 1-10, Supervisors and/or Employees of the City
Defendants

CIVIL ACTION NO. 03-284L

Dated: 2-6-06

Application to proceed without payment of fees & Affidavit.

Plaintiff, Roseline Cholopy motion to file for Transcript, filing fees without any payment

Now comes the plaintiff, Cholopy hereby files for transcript and filing fees in the above case without any paymet, due to plaintiff's enability to pay for such transcripts.

I am unable to pay the filing fees and the Transcripts fees. I would be gratefull to this Court to Waive these fees, ie, filing fees plus the transcripts fees, to enable me to get a Justice for my Late husband, Eric Kromah.

Please Consider me Not to paid for the filing fees and the Transcripts, so justice can be served.

PLAINTIFF

By Roseline N. Cholopy RC

Roseline Cholopy, Pro Se
126 Academy Avenue
Providence, RI 02908
(401) 270-4479

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to: 2-6-06

Joseph F. Penza, Jr., Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Mr Kelvin McLaughlin

Roseline N. Cholopy
Roseline N. Cholopy RC
Roseline Cholopy