AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Chalopy v. Groo

EXHIBIT AND WITNESS LIST

CASE NUMBER: 03-284L

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lagueux | Moniz / Kelley | Ruzza / McHugh |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/7 | Reynolds | BSC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/7/05 | | | W-1 Jeremiah Dx, XE, [illegible] |
| 1 | | " | | X | police report (2 pages) |
| 2 | | | X | | fax copy of police report (2 pages) |
| 3 | | | | X | police report (1 page) |
| 4 | | | X | X | agreement (2 pages) |
| | | | | | |
| | | | | | W-2 Nellie Francis |
| | | | | | DX EX |
| | | | | | W-3 Paulin Chalopy |
| | | | | | DX, EX |
| | | | | | W4 - De Francis |
| | | | | | DX |
| 5 | | | | X | Witness Statement 7/29/00 |
| 6 | | | | X | Witness statement 7/28/00 |
| | | 12/8/05 | | | Con't DX W-4 |
| | | | | | W-5 Zapardo |
| | A | 12/8/05 | | X | log of computer [illegible] |
| | B | | | X | |
| | C | | | X | [illegible] |
| | D | | | X | police log |
| | | | | | W-6 Lima |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Cholopy vs. Leon

CASE NO. 03-284L

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/13/05 | | | Con't XE W-6 |
| | E | | | X | Notice of claim |
| | F | | | X | Ans to ints - Zopardo |
| | G | | | X | police report |